1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ANTHONY RICHARDO TURNER,

11              Plaintiff,                    No. 2:10-cv-0756 KJN (PC)

12        vs.

13    ED. G. PRIETO, et al.,

14              Defendants.                   ORDER

15    _____/

16              Plaintiff, a county jail inmate proceeding without counsel, has filed a civil rights

17    action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma

18    pauperis pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the request which

19    must be completed by plaintiff's institution of incarceration has not been filled out.  Also,

20    plaintiff has not filed a certified copy of his prison trust account statement for the six month

21    period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff

22    will be provided the opportunity to submit a completed in forma pauperis application and a

23    certified copy in support of his application.

24    ////

25    ////

26    ////

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission and submit the following documents to the court:

    a.  A complete Application to Proceed In Forma Pauperis By a Prisoner; and

    b.  a certified copy of plaintiff's prison trust account statement for the six month period immediately preceding the filing of the complaint.

2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3.  Plaintiff's failure to comply with this order may result in the dismissal of this action without prejudice.

DATED:  April 6, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

turn0756.3c+new

1
2
3
4
5
6
7                          IN THE UNITED STATES DISTRICT COURT

8                         FOR THE EASTERN DISTRICT OF CALIFORNIA

9   ANTHONY RICHARDO TURNER,

10              Plaintiff,                          No. 2:10-cv-0756 KJN (PC)

11       vs.

12   ED G. PRIETO, et al.,                          NOTICE OF SUBMISSION

13              Defendants.

14   _____/

15              Plaintiff hereby submits the following document in compliance with the court's

16   order filed _____:

17              _____        Complete Application to Proceed In Forma Pauperis

18                                     By a Prisoner/Certified Copy of Prison Trust Account

19                                     Statement

20

21   DATED:

22

23

24

25                                     _____

26                                     Plaintiff