IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY RICHARDO TURNER,

    Plaintiff,                      No. 2:10-cv-0756 KJN P

    vs.

ED. G. PRIETO, et al.,

    Defendants.                  <u>ORDER</u>

        By order filed April 8, 2010, plaintiff was ordered to file an in forma pauperis affidavit within thirty days. The thirty days passed and plaintiff did not respond to the court's order. Accordingly, on May 26, 2010, the court ordered plaintiff to show cause within fourteen days why this action should not be dismissed for his failure to comply with the April 8, 2010 order.

        On June 1, 2010, plaintiff filed what purports to be an application to proceed in forma pauperis. However, this document is a declaration by plaintiff stating that on May 5, 2010 he was transferred from the Yolo County Jail to the Deuel Vocational Institution (DVI). Attached to this pleading is a copy of plaintiff's trust account statement from the Yolo County Jail. This document does not comply the requirements of 28 U.S.C. § 1915(a).

////

1    Because plaintiff is now housed at DVI, he must file a trust account statement from DVI as well as an application to proceed in forma pauperis that is certified by DVI.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis (Dkt. No. 7) is denied without prejudice;

2. Within thirty days from the date of this order plaintiff shall submit the following documents:

    a. A complete Application to Proceed In Forma Pauperis By a Prisoner; and

    b. a certified copy of plaintiff's prison trust account statement for the six month period immediately preceding the filing of the complaint;

3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner;

4. Failure to comply with this order may result in the dismissal of this action without prejudice.

DATED: June 4, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

tur756.ord