IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY RICHARDO TURNER,

     Plaintiff,                          No. 2:10-cv-0756 KJN P

     vs.

ED G. PRIETO, et al.,

     Defendants.                    ORDER

_____/

     Plaintiff is a state prisoner proceeding without counsel with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has consented to the jurisdiction of the undersigned.  See Dkt. No. 4.

     By an order filed April 8, 2010 plaintiff was ordered to file an in forma pauperis affidavit within thirty days.  See Dkt. No. 5.  The thirty day period has now expired, and plaintiff has not responded to the court's order.

////

////

////

////

////

1

1  Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of
2 this order, plaintiff shall show cause why this action should not be dismissed for his failure to
3 comply with the April 8, 2010 order.  Failure to respond to this order will result in dismissal of
4 this action.
5 DATED: June 22, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

tur56.fifp